UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| GEORGE RAUDENBUSH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-CV-295 |
| | ) | |
| SHARON TAYLOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated June 30, 2016, [Doc. 68]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motions for leave to amend his complaint, [Docs. 59, 59], be denied. The plaintiff has not filed objections to this recommendation.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 68], that the plaintiff's motions for leave to amend his complaint, [Docs. 56, 59], are DENIED.

ENTER:

                                                          s/J. RONNIE GREER
                                    UNITED STATES DISTRICT JUDGE